UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.:  0:20-CV-62316-BB

HOWARD COHAN,

      Plaintiff,

vs.

DEERFIELD BEACH ES LEASING, L.L.C.
a Foreign Limited Liability Company
d/b/a EMBASSY SUITES DEERFIELD BEACH HOTEL

      Defendant(s).

_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, DEERFIELD BEACH ES LEASING, L.L.C., a Foreign Limited Liability Company, d/b/A EMBASSY SUITES DEERFIELD BEACH HOTEL, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

      RESPECTFULLY SUBMITTED January 19, 2021.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo**_____ | **By: /s/ Andrew Zelmanowitz**_____ |
| Gregory S. Sconzo, Esq. | **Andrew Zelmanowitz** |
| Florida Bar No.: 0105553 | Florida Bar No.: 74202 |
| Sconzo Law Office, P.A. | BERGER SINGERMAN LLP |
| 3825 PGA Boulevard, Suite 207 | *Attorneys for Defendant Deerfield Beach Ees* |
| Palm Beach Gardens, FL 33410 | *Leasing, L.L.C.* |
| Telephone: (561) 729-0940 | 350 East Las Olas Blvd. Suite 1000 |
| Facsimile: (561) 491-9459 | Ft. Lauderdale, Florida 33301 |
| Email: greg@sconzolawoffice.com | Telephone: (954) 525-9900 |
| Secondary Email: alexa@sconzolawoffice.com | Fax: (954) 523-2872 |
| Attorney for Plaintiff | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 19, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

  **/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**