UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.:  0:20-CV-62316-BB

HOWARD COHAN,

    Plaintiff,

vs.

DEERFIELD BEACH ES LEASING, L.L.C.
a Foreign Limited Liability Company
d/b/a EMBASSY SUITES DEERFIELD BEACH HOTEL

    Defendant(s).
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The Plaintiff, HOWARD COHAN and the Defendant, DEERFIELD BEACH ES LEASING, L.L.C., a Foreign Limited Liability Company, d/b/a EMBASSY SUITES DEERFIELD BEACH HOTEL, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against DEERFIELD BEACH ES LEASING, L.L.C., a Foreign Limited Liability Company, d/b/a EMBASSY SUITES DEERFIELD BEACH HOTEL; (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

RESPECTFULLY SUBMITTED February 26, 2021.

| By: **/s/ Gregory S. Sconzo** | By: **/s/ Andrew Zelmanowitz** |
|---|---|
| Gregory S. Sconzo, Esq. | Andrew Zelmanowitz |
| Florida Bar No.: 0105553 | Florida Bar No.: 74202 |
| Sconzo Law Office, P.A. | BERGER SINGERMAN LLP |
| 3825 PGA Boulevard, Suite 207 | *Attorneys for Defendant Fort Lauderdale ES Leasing, L.L.C.,* |
| Palm Beach Gardens, FL 33410 | 350 East Las Olas Blvd. Suite 1000 |
| Telephone: (561) 729-0940 | Ft. Lauderdale, Florida 33301 |
| Facsimile: (561) 491-9459 | Telephone: (954) 525-9900 |
| Email: greg@sconzolawoffice.com | Fax: (954) 523-2872 |
| Secondary Email: alexa@sconzolawoffice.com | |
| Attorney for Plaintiff | |

2

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on February 26, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                     **/s/ Gregory S. Sconzo**
                                                     **Gregory S. Sconzo, Esq.**